IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SHAUN GLENWOOD MACK**                                                                       **PETITIONER**
Reg # 28406-044

v.                             CASE NO. 2:25-CV-00098-BSM

**C. HUMPHREY**
Warden, FCI Forrest City                                                                       **RESPONDENT**

## ORDER

Magistrate Judge Patricia S. Harris's proposed findings and recommendation [Doc. No. 7] is adopted and Shaun Mack's petition is dismissed with prejudice and the relief requested is denied.

IT IS SO ORDERED this 17th day of September, 2025.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE