IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SHAUN GLENWOOD MACK**                                               **PETITIONER**
Reg # 28406-044

v.                            **CASE NO. 2:25-CV-00098-BSM**

**C. HUMPHREY**
Warden, FCI Forrest City                                              **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE